# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0965
LT Case Nos. 2019-101312-CFDL
2019-101534-CFDL
2019-101535-CFDL
2019-101536-CFDL

_____

TAYLOR A. FORREST,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Taylor A. Forrest, Carrabelle, pro se.

No Appearance for Appellee.

July 10, 2026

PER CURIAM.

Appellant appeals the trial court's denial of his Florida Rule of Criminal Procedure 3.850 motion for post-conviction relief in Volusia County Circuit Court Case Nos. 2019-101312-CFDL, 2019-101534-CFDL, 2019-101535-CFDL, and 2019-101536-CFDL. We

have previously affirmed the trial court's order and caution Appellant that abusive, repetitive, malicious, or frivolous filings directed to Volusia County Circuit Court Case Nos. 2019-101312-CFDL, 2019-101534-CFDL, 2019-101535-CFDL, and 2019-101536-CFDL may result in sanctions such as a bar on pro se filing in this Court and a referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2019); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

EISNAUGLE, HARRIS, and SOUD, JJ., concur.